UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
Western Division (Toledo)

| | | |
|---|---|---|
| JOHN JOHNSON, | : | No.: 3:05-cv-07388-JGC |
| Plaintiff, | : | Chief Judge James G. Carr |
| v. | : | |
| DANA CORPORATION, | : | |
| Defendants. | | |

**PLAINTIFF JOHNSON'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT  TO FED. R. CIV. P. 41(A)(1)**

Plaintiff John Johnson hereby voluntarily dismisses his individual action, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to dismiss the other consolidated actions or to waive his right to participate and recover as a class member or shareholder in any action.

Dated: March 13, 2006

Respectfully submitted,

   /s/Ann Lugbill
Ann Lugbill, Esq. (0023632)
Attorney at Law
2406 Auburn Avenue
Cincinnati, Ohio 45219
Phone: 513-784-1280
Fax: 513-784-1449
alugbill@choice.net

MILBERG WEISS BERSHAD & SCHULMAN LLP
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Tel: (212) 594-5300
Fax: (212) 868-1229

---

IT IS SO ORDERED.

 s/ James G. Carr   4/4/06
_____
Chief Judge

THE BRUALDI LAW FIRM
Richard Brualdi
29 Broadway
New York, New York 10006
(212) 952-0602

Attorneys for Plaintiff